**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02826-LTB

CHARLES JOHNSON, JR.,

    Plaintiff,

v.

LELAND SILVER, Aurora Police,
JOHN DOE 1, Aurora Police,
JOHN DOE 2, Aurora Police,
KIM HURT, Aurora Medical Supervisor,
TERRY JONES, Aurora Police Chief,
JANE DOE 1, Aurora Intake Nurse,
JOHN DOE 3, Intake Sheriff Aurora,
ESTHER, Division Chief ACDF,
CONNIE WIKOUSION, Medical ACDF,
JANE DOE 3, Intake Nurse ACDF,
JANE DOE 4, Nurse ACDF,
JOHN DOE LPN, ACDF, and
UNIT DEPUTY, ACDF

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's motion (ECF No. 24) requesting copies of the amended Prisoner Complaint and other filings in this action and asking the Court to reopen the case and appoint counsel is DENIED. Plaintiff fails to demonstrate any reason why this action should be reopened and there is no need to appoint counsel in a closed case. Plaintiff may obtain copies of documents filed in this action by contacting the clerk of the court and paying any necessary fees.

Dated: July 2, 2015